```
ORIGIN ID:DSMA    (402) 346-6000       SHIP DATE: 29OCT20
FRANK SEVERINO                          ACTWGT: 1.00 LB
U.S. DISTRICT COURTHOUSE                CAD: 2629184/INET4280
123 EAST WALNUT STREET

DES MOINES, IA 50309 US                 BILL SENDER
SIGN: FRANK SEVERINO                    NO EEI 30.37(a)
```

TO IMPORT & EXPORT CORP D/B/A SINOMA
CHINA NATIONAL MATERIALS INDUSTRY
13F BLOCK A YUHUI BUILDING 73
FUCHENG ROAD HAIDIAN DISTRICT
BEIJING  100142                          (CN)
861068619000      REF: 1449201-40/5857
INV:
PO:                         DEPT:



FedEx Express

TRK# 7719 3800 8777        AM
0430                       INTL PRIORITY

# X4 AOGA                  100142
                        -CN  PEK



FedEx Ship Manager - Print Your Label(s)

10/29/2020

# Pickup

| FedEx Pickup Confirmation—FedEx Express DSMA80 | | | |
|---|---|---|---|
| Country/Territory | **United States** | **FedEx Express** | **Confirmation no. DSMA80** |
| Company | **U S DISTRICT COURT** | Pickup date | **10/30/2020** |
| Contact name | **Frank Severino** | Total no. of packages | **1** |
| Address 1 | **123 E WALNUT ST STE 300** | Total weight | **1 lbs** |
| | | Pickup time | **11:00am - 4:30pm** |
| Address 2 | **STE 300** | | |
| City | **DES MOINES** | | |
| State | **Iowa** | | |
| ZIP | **50309** | | |
| Phone no. | **515-284-6241** | | |